# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER HOWARD,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-695** |
| | : | |
| **ALBERT EINSTEIN MEDICAL CENTER** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 14th day of March 2022, upon consideration of Defendant Albert Einstein Medical Center's Motion to Dismiss (ECF No. 4), Defendant's Corrected Memorandum of Law (ECF No. 6), Plaintiff Christopher Howard's Response in Opposition (ECF No. 7), and Defendant's Reply Brief (ECF No. 10), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendant's Motion (ECF No. 18) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

                                              **BY THE COURT:**

                                              **/s/ Petrese B. Tucker**

                                              _____

                                              **Hon. Petrese B. Tucker, U.S.D.J.**